```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF PENNSYLVANIA


SUSAN E. EVANS,                    :   Civil Action No.:2:16-cv-00273
                                   :
       Plaintiff,                  :   Hon. Lisa Pupo Lenihan
                                   :   United States Magistrate Judge
                                   :
vs.                                :   FIRST AMENDED COMPLAINT
                                   :
                                   :   FILED ON BEHALF OF:
CITY OF BUTLER, PENNSYLVANIA,      :   Plaintiff, Susan Evans
BILL MAY, KATHY KLINE, CHERI       :
READIE, RICHARD J. SCHONTZ, JR.,   :   COUNSEL OF RECORD FOR THIS
and THOMAS DONALDSON,              :   PARTY:
                                   :   Neal A. Sanders, Esquire
       Defendants.                 :   LAW OFFICES OF NEAL A. SANDERS
                                   :   1924 North Main Street Ext.
                                   :   Butler, Pennsylvania  16001
                                   :
                                   :   (724) 282-7771
                                   :   PA I.D. No.: 54618
                                   :
```

**FIRST AMENDED COMPLAINT**

**AND NOW**, comes Plaintiff, Susan Evans, by and through her undersigned counsel, and files this First Amended Complaint pursuant to the Federal Rules of Civil Procedure, and therein provides the following:

**PARTIES**

1. Plaintiff, Susan Evans, is an adult individual currently residing at 600 East Pearl Street, Butler, Pennsylvania 16001.

2. Defendant, City of Butler, is a municipality of the Commonwealth of Pennsylvania.  Defendant City of Butler has

administrative offices located at Butler City Building, 140 West North Street, Butler, PA 16001-5298.

3. Defendant, Bill May, is a member of the City Council of the City of Butler, Pennsylvania. Defendant, Bill May, has a business address of Butler City Building, 140 West North Street, Butler, PA 16001-5298.

4. Defendant, Kathy Kline, is a member of the City Council of the City of Butler, Pennsylvania. Defendant, Kathy Kline, has a business address of Butler City Building, 140 West North Street, Butler, PA 16001-5298.

5. Defendant, Cheri Readie, is a member of the City Council of the City of Butler, Pennsylvania. Defendant, Cheri Readie, has a business address of Butler City Building, 140 West North Street, Butler, PA 16001-5298.

6. Defendant, Richard J. Schontz, Jr., is a member of the City Council of the City of Butler, Pennsylvania. Defendant, Richard J. Schontz, Jr., has a business address of Butler City Building, 140 West North Street, Butler, PA 16001-5298.

6B. Defendant, Thomas Donaldson, is a member of the City Council of the City of Butler, Pennsylvania. Defendant, Thomas Donaldson, has a business address of Butler City Building, 140 West North Street, Butler, PA 16001-5298.

**JURISDICTION AND VENUE**

7. Plaintiff brings this action under 42 U.S.C. §1983.

8. Jurisdiction is conferred upon this Court by 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C. §1331.

9. Venue is proper in the Western District of Pennsylvania as this is the district in which the Defendant Plan is administered.

**COUNT I**

**42 U.S.C. § 1983**

10. Plaintiff was employed by the Defendant, City of Butler, on April 25, 1994.

11. From the date of her hire until January 17, 1998, Plaintiff was designated as a part-time employee even though she worked as many or more hours than the majority of individuals who are designated as full-time employees.

12. The individuals who are designated as part-time employees of the Defendant, City of Butler, but who are assigned to work full-time hours are predominantly female.

13. The Defendant, City of Butler, maintains a pension plan, Officers and Employees Pension Plan of the City of Butler, Butler County, Pennsylvania (hereinafter "the Plan"), for the benefit of its employees.

14. The individual Defendants, in their capacity of members of the City Council of the City of Butler, are the Plan Administrators of the Plan.

15. As a governmental benefit plan, the Plan is exempt from ERISA coverage.

16. Under the terms of the Plan, as approved, drafted, revised and/or enforced by the individual Defendants, employees designated as part-time cannot participate in the Plan, regardless of the number of hours they work per year or their years of service in the employ of the Defendant, City of Butler.

17. Employees designated as full-time may participate in the Plan even if they work less hours per year than employees who are designated as part time.

18. Section 1 of the 14th Amendment of the Constitution of the United States of America provides: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; *nor deny to any person within its jurisdiction the equal protection of the laws*." (Emphasis added).

19. The individual Defendants, by and through the exercise of their authority as members of the City Council, were acting under color of state law when drafting, revising, interpreting, and/or enforcing the Plan.

20. On or about January 17, 1998, Plaintiff became a full time employee of the City of Butler and became a participant of the Defendant Plan by contributing 5% of her wages to the Defendant Plan.

21. Plaintiff retired from her employment with the City of Butler effective July 21, 2015, based on the belief that she had twenty years of credited service.

22. Plaintiff's gross monthly pension benefit is $1,286.26, or 42.4% of her average monthly compensation of $3,026.50.

23. Plaintiff's monthly pension benefit was calculated based on her participation in the Defendant Plan from January 17, 1998 through July 21, 2015.

24. Section 57-14 of the Defendant Plan provides that a participant who retires on or after his or her normal retirement date shall be entitled to a monthly retirement benefit equal to 50% of the participant's average compensation.

25. The Defendant Plan defines "normal retirement age" as, "The later of attainment of age 60 or completion of 20 years of credited service."

26. At the time of her retirement, Plaintiff was sixty years of age.

27. Had Plaintiff commenced participation at the time she began to work full time hours, she would have had twenty years of credited service at the time of her retirement and would have received a normal retirement benefit of 50% of her average monthly compensation of $3,026.50, i.e. $1,513.25.

28. Plaintiff requested that the City Council allow her, and the other employees who were designated part-time despite working more than 1000 hours per year, to make a contribution to the Plan in the amount of 5% of their earnings for the years that they were

designated part-time in exchange for having those years be added to their years of participation in the Plan for the purposes of calculating their retirement benefit.

29. On or about November 5, 2015, the City Council voted 4-1 to deny Plaintiff the relief she requested.

30. By approving, enforcing and/or interpreting the arbitrary designations of full-time and part-time without regard to the number of hours actually worked, and thus denying employees who were designated as part-time participation in the Plan for years in which they were designated part-time but worked full-time hours, the individual Defendants, acting under color of State law, deprived Plaintiff, and the other predominantly female employees who were designated as part-time despite working as many or more hours than employees designated as full-time, of their Constitutionally protected right to equal protection of the laws.

31. The individual Defendants, by virtue of their positions as members of the City Council, establish the policies of the Defendant, City of Butler, and did so on November 5, 2015 when they voted to continue to apply the arbitrary designations of full-time and part-time without regard to actual number of hours worked, and therefore deprived Plaintiff and other similarly situated employees who were designated as part-time of their right to equal protection of the law.

32. Accordingly, because the deprivation of rights was carried out through the application of the policies and usages of

the Defendant, City of Butler, the application of municipal liability is appropriate.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court rule that Plaintiff is entitled to the equitable remedy of restitution in the following particulars:

    A.    Due to the malfeasance of the Defendants, the Plaintiff is relieved of the pay in obligation and the Court shall not direct the Defendant Administrator to receive from Plaintiff the amount of money that she would have contributed to the Defendant Plan during the period of January 1, 1995 through January 16, 1998 had she been permitted to participate in the Defendant Plan as she was entitled to pursuant to 42 U.S.C. § 1983 and,

    B.    The Court shall direct that, the Defendant Administrator adjust Plaintiff's monthly pension benefit to the normal retirement benefit of 50% of her average monthly compensation or a lump sum payment acceptable to the Plaintiff in lieu of an increase in her monthly benefit and,

    C.    Payment of Plaintiff's attorney fees to be determined by the Court.

                            Respectfully submitted,

                            LAW OFFICES OF NEAL A. SANDERS

Dated: April 25, 2016        By: /s/Neal A. Sanders
                                    Neal A. Sanders, Esquire
                                    PA ID NO. 54618
                                    Counsel for Plaintiff,
                                    Susan E. Evans

                                    Law Offices of Neal A. Sanders
                                    1924 North Main Street Ext.
                                    Butler, PA 16001

                                    (724) 282-7771